141 So. 909

**DALY v. JOHNSON.**

6 Div. 256.

Supreme Court of Alabama.

May 5, 1932.

PER CURIAM.

Answering the foregoing inquiry, fees for state witnesses, including mileage, are fixed by general law. Section 3762, Code 1923.

The local act (Local Acts 1907, p. 902) applicable alone to Walker county, fixes these fees at a different per diem and mileage than the above-noted general act. Witness' fees constitute as much of the costs of the courts, and are as much a charge upon litigation, as the library tax considered in Birmingham Electric Co. v. Harry, 215 Ala. 458, 111 So. 41.

The act in question runs counter to section 96 of our Constitution, and is therefore invalid as well as the act of 1909 (Gen. & Loc. Acts 1909, Sp. Sess., p. 415), amendatory thereof. See, also, Vaughan v. State ex rel. Barker, 212 Ala. 461, 103 So. 38.

All the Justices concur.